11/9/2015 SCANNED Page 1

FILED IN
Court of Appeals

NOV 1 2 2015

Lisa Matz
Clerk, 5th District

FILED

2015 NOV -9 PM 2: 54

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY

**EXHIBIT: Addition Supporting Facts**

401 54 772 2015

Diana Fay Bass appellant      Case No. ~~05-15-01362-CV~~

DB

Dated 11/09/2015

Diana Bass is R. N. disabled since 1997, with two serious

Illness, Chronic Variable Immune Disorder, and Sarcoidosis,

and mold toxicity. She is 64, disabled since 1997. Unable to

work due to illness, requires expensive treatments every three

months.

At this time I will have to be pro se until and if I can find some

attorney, if I can.

Spouse is withholding (paid utility bills sometimes last three

months) but will no longer be doing that since I had filed a

appeal. He is refusing to give me any portion of settlement,

I have requested with Demand Letter today, 3 days ago his

"attorney said Richard (Bass) will be unlikely to

Page 2 Bass

pay any monies. I have been struggling to eat, get medical care, etc..

I have Medicare and an expensive Supplement ($247.00), and that payment has to come first. I have a burial insurance policy, very cheap auto insurance, and poverty I live everyday. My debts are credit cards which I have been trying to pay off for years.

I have a very old car (2003) Camry.

I had real estate my husband sold it all illegally, and now he at this time refuses to give any monies. He did give me $300.00 for Sharon Easley, Attorney (I did not tell him what monies was for. This attorney is not an appealate attorney and she is aware Richard Bass is holding monies that to keep me from legal access. So, I should have income that

Page 3 Bass

is available, but is not.  I have furniture, personal items,
nothing of real value.  I cannot even move, eviction notice
probably coming any moment.

I really cannot pay anything, I am barely making it to even eat,
and get prescriptions.

Access to attorney that is competent and respesents me is
a problem.

Respectfully,

Diana Fay Bass

Diana Fay Bass

PO Box 432
mckinney TY
75070
db424 f2f2@live.com
972 213-6095